**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESTEBAN RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Civil Case No.: 1:25-cv-10670-AS<br><br>**~~[PROPOSED]~~ ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL OF DEFENDANT CITIBANK, N.A.** |

This Court has considered, Plaintiff and Defendant Citibank, N.A.'s joint motion to extend their deadline to file dismissal paperwork. ECF No. 19.

The motion is GRANTED. Plaintiff and Defendant Citibank, N.A. shall file the appropriate dismissal paperwork on or before September 21, 2026.

The Clerk of Court is respectfully directed to terminate Dkt. 19.

SO ORDERED.

Dated: July 22, 2026

ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE