**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESTEBAN RAMIREZ,<br>Plaintiff,<br>vs.<br>CITIBANK, N.A.,<br>Defendant. | Civil Case No.: 1:25-cv-10670-AS<br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL OF DEFENDANT CITIBANK, N.A.** |

Plaintiff Esteban Ramirez ("Plaintiff") and Defendant Citibank, N.A. ("Citibank") (collectively, the "Parties") hereby stipulate to and request additional time for the dismissal of Plaintiff's claims against Citibank. Plaintiff filed a Notice of Settlement for Citibank on May 21, 2026 (ECF No. 16).

On May 22, 2026 the Parties were directed by the Court to file Stipulation of Dismissal within 60 (sixty) days on or before July 22, 2026. On July 21, 2026, the Parties requested the Court to extend the deadline with 60 (sixty) days to file dismissal as to LexisNexis Risk to September 21, 2026.

By Court's Order issued July 22, 2026 [ECF 20] the Parties were directed to file stipulation of dismissal as to LexisNexis Risk by September 21, 2026. The parties informing the Court that they are still in the progress to finalize settlement.

The Parties have diligently documented their settlement and expect that they will be able to fully perform the settlement terms (including a stipulated dismissal of Citibank) within thirty (30) days after the current September 21, 2026, deadline.

Therefore, the Parties respectfully request that the Court extend the deadline to file a Stipulation of Dismissal with Prejudice as to Defendant Citibank to October 21, 2026.

Dated: September 21, 2026

*/s/ Moshe Boroosan*
Moshe Boroosan, Bar No. 5429915
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing, NY 11367
T: (718) 874-6960
F: (718) 247-8020
E: mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Esteban Ramirez*

*/s/ Jacquelyn N. Schell*
Aleksandr Altshuler
Jacquelyn N. Schell
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, New York 10019-5820
Tel.: (212) 223-0200
Fax: (212) 223-1942
E-mail: altshulera@ballardspahr.com
E-mail: schellj@ballardspahr.com

*Counsel for Defendant Citibank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Max Lukjanski*

The request for extension is GRANTED. The deadline to file a Stipulation of Dismissal with Prejudice is October 21, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.

SO ORDERED.



Arun Subramanian, U.S.D.J.
Date: September 23, 2026