Case 1:25-cv-10670-AS Document 23 Filed 09/28/26 Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ESTEBAN RAMIREZ,

Plaintiff,

vs.

CITIBANK, N.A.,

Defendant.

Civil Case No.: 1:25-cv-10670-AS

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CITIBANK, N.A. ONLY**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Citibank, N.A. only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Citibank, N.A. only.

**IT IS SO ORDERED.**

Dated: **September 29, 2026**

ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE